UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA GOODHEW, as Personal Representative of the Estate of CHARLES SKIDMORE, M.D., Dec'd.

    Plaintiffs,

v

JAMES SAPALA, M.D., ST. JOHN'S HEALTH SYSTEM and DETROIT RIVERVIEW HOSPITAL,
Jointly and Severally,

    Defendants.

_____/

CIVIL ACTION NO.: 01-70162
HON. PAUL D. BORMAN
MAGISTRATE JUDGE DONALD A. SCHEER

## STIPULATED JUDGMENT AS TO THE ESTATE OF CHARLES SKIDMORE ONLY

**PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED** that a Judgment representative of Case Evaluation Sanctions is entered against THE ESTATE OF CHARLES SKIDMORE only, in the amount of Ninety Thousand 00/100 ($90,000.00) Dollars, in favor of DR. JAMES SAPALA, ST. JOHN HEALTH SYSTEM, AND ST. JOHN DETROIT RIVERVIEW HOSPITAL.

Interest shall accrue at the applicable statutory interest rate on judgments in Michigan.

s/J. Kelly Carley w/consent_____
**J. KELLY CARLEY (P38892)**
Attorney for Plaintiffs

s/Kimberly K. Pendrick_____
**KIMBERLY K. PENDRICK (P60345)**
Attorney for Defendants

S/Paul D. Borman_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 18, 2006.

S/Jonie Parker_____
Case Manager